NUMBER 13-04-444-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
______________________________________________________________

MAICELA PECINA CAMACHO A/K/A 
MARICELA PECINA CAMACHO,                                         Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
______________________________________________________________

On appeal from the 105th District Court of Kleberg County, Texas.
______________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, MAICELA PECINA CAMACHO A/K/A MARICELA PECINA
CAMACHO, attempts to appeal a conviction for possession or marihuana. The trial
court has certified that “the defendant has waived the right of appeal.” See Tex. R.
App. P. 25.2(a)(2).
         On September 2, 2004, this Court notified appellant’s counsel of the trial
court’s certification and ordered counsel to: (1) review the record; (2) determine
whether appellant has a right to appeal; and (3) forward to this Court, by letter,
counsel’s findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.
         On October 13, 2004, counsel filed a letter brief with this Court. Counsel’s
response fails to establish either that the certification currently on file with this Court
is incorrect or that appellant otherwise has a right to appeal. 
         The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court’s certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.

                                                                        PER CURIAM
 
Do not publish. 
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed 
this the 28th day of October, 2004.